CIT Form 1 — Summons (28 U.S.C. § 1581(a))

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Raphael Slabs LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| United States, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### SUMMONS

1.  This action is commenced pursuant to 28 U.S.C. § 1581(a) to contest the denial of protests concerning assessment of antidumping and countervailing duties on certain quartz surface products entries identified below.

2.  Name, address, and telephone number of plaintiff's attorney:

    THOMPSON BURTON PLLC
     By: Jon E. Field, Esq.
    6100 Tower Circle, Suite 200, One Franklin Park, Franklin, Tennessee 37067
    Tel: (615) 475-7250
    Email: jfield@thompsonburton.com
    Attorneys for Plaintiff

3.  Jurisdiction: 28 U.S.C. § 1581(a).

4.  Protest Decision(s) and Entry(ies) at Issue:

    The action contests CBP's protest-denial decision dated November 13, 2025, concerning the entries below. Plaintiff attaches and incorporates a Schedule of Protests and Entries providing the protest number, port, entry numbers, date of protest, date of denial, and the CBP official/office that issued the denial.

## SCHEDULE OF PROTESTS AND ENTRIES
(Form 1 Continuation/Schedule)

Protest No.: **4601-25-158163**
Port of Entry: Los Indios, Texas
CBP Center/Office: 100 Los Indios Blvd, Los Indios, TX 78567. Denying Official(s): Eliecer Mena Gonzalez, 6601 NW 25th St, Miami, FL 33122, and Revenue Division, Risk Analysis Team, Revenue Protection Branch, Denying Officer Christopher Elworth.
Denial Date: November 13, 2025
Importer of Record: **Raphael Slabs LLC**

Entry No(s). (as identified in CBP Form 29 Notices):

- 85B71151400 (entry Dec. 22, 2021; import Dec. 29, 2021)
- 85B71218001 (associated entry summary)

5.    The issue which was common to the denied protest included in this civil action:

> Plaintiff contests CBP's denial of its protest challenging the assessment and/or collection of AD/CVD on the above entries. The goods were manufactured in Malaysia by Karina Stone Sdn. Bhd. and are outside the scope of the China quartz orders; CBP's November 15, 2022, risk assessment confirmed Malaysian manufacture. Plaintiff also asserts deemed liquidation under 19 U.S.C. § 1504 for affected entries where CBP failed to liquidate or validly extend or suspend within statutory periods. All liquidated duties, charges or exactions have been paid.

6.    Service: Because this action is commenced by filing a summons only under 28 U.S.C. § 1581(a), service of the summons is to be made by the Clerk in accordance with Rule 4(a) of the Rules of this Court.

- On the United States, by serving the Attorney General of the United States;
- By delivering or mailing a copy of the summons to the Attorney-in-Charge, International Trade Field Office, Commercial Litigation Branch, U.S. Department of Justice;
- On the Secretary of the Treasury via the director for the customs port or Center in which the protest was denied;
- On the Assistant Chief Counsel for International Trade Litigation, U.S. Customs and Border Protection, 26 Federal Plaza, New York, NY 10278.

Dated: April 7, 2026

Respectfully submitted,

THOMPSON BURTON PLLC

Jon E. Field, Esq.
6100 Tower Circle, Suite 200,
One Franklin Park
Franklin, Tennessee 37067
Tel: (615) 475-7250
 Email: jfield@thompsonburton.com
*Attorneys for Plaintiff*